AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

CINDY JO JOHNSON

        v.

MICHAEL J. ASTRUE, Commissioner
   of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5649RBL/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

the Court adopts the Report and Recommendation;

the ALJ erred in her decision as described in the Report and Recommendation;

the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

| | |
|---|---|
| July 26, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |